IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BELINDA J. ROSSETTI,<br>　　　Plaintiff | : No. 1:25cv422<br>:<br>: (Judge Munley)<br>:<br>: (Magistrate Judge Camoni) |
| v. | |
| JOSHUA D. SHAPIRO, et. al.<br>　　　Defendants | |

## ORDER

Before the court is a Report and Recommendation ("R&R") from Magistrate Judge Sean A. Camoni in this civil rights action filed pursuant to 42 U.S.C. § 1983. (Doc. 16). The R&R recommends that: (1) the defendants' motion to dismiss, (Doc. 10), be granted; (2) plaintiff's First Amendment claim be dismissed with prejudice; and (3) plaintiff's selective prosecution claim be dismissed without prejudice and with leave to amend.

The R&R was issued on January 16, 2025. No objections to the R&R have been filed and the time for such filing has passed. The R&R is thus ready for review.

In deciding whether to adopt an R&R when no timely objections are filed, the court must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b), 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear

error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After reviewing Rossetti's complaint, the parties' arguments regarding the defendants' motion to dismiss, and the well-reasoned analysis by the United States Magistrate Judge, the court concludes that there is neither clear error on the face of the record nor a manifest injustice. Therefore, the court will accept the R&R and adopt it in its entirety. The court will impose a reasonable deadline to file an amended complaint. Should plaintiff fail to meet this deadline, this action will be dismissed for failure to prosecute and failure to comply with a court order. In the interim, the court will direct the Clerk of Court to administratively close this case.

Accordingly, it is hereby **ORDERED** that:

1) The R&R, (Doc. 16), is **ADOPTED**;

2) Defendants' motion to dismiss, (Doc. 10), is **GRANTED**;

3) Plaintiff's complaint is **DISMISSED**; the First Amendment claim with prejudice, and the selective prosecution claim without prejudice;

4) Plaintiff is granted leave to file an amended complaint her selective prosecution claim, so long as the amendment addresses the deficiencies identified in the R&R;

5) Plaintiff shall file any amended complaint on or before **March 6, 2026**;

2

6) Should plaintiff fail to file an amended complaint within this period, this action will be dismissed with prejudice; and

7) The Clerk of Court is directed to administratively close this case pending the filing of any amended complaint.

Date: 2/3/26

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court